**Order entered January 19, 2017**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-16-00028-CR

### STACEE WOFFORD, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the 363rd Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. F15-52420-W

## ORDER

We **ORDER** the trial court to prepare a certification of appellant's right to appeal and to file it within **TEN DAYS** of the date of this order. *See* TEX. R. APP. P. 25.2(a), (d); *Cortez v. State*, 420 S.W.3d 803 (Tex. Crim. App. 2013).

We **DIRECT** the Clerk of the Court to send copies of this order to the Honorable Tracy Holmes, Presiding Judge, 363rd Judicial District Court, and counsel for appellant and the State.

/s/ ADA BROWN
PRESIDING JUSTICE